**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ESTATE OF GLORIA DECKARD, DAVID I. GRUNFELD, ADMINISTRATOR AD LITEM, T/A BEER HUT, | : | No. 651 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| ACME MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 850 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 830 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |

|                                                             | : |                                                              |
|-------------------------------------------------------------|---|--------------------------------------------------------------|
| v.                                                          | : |                                                              |
|                                                             | : |                                                              |
| PENNSYLVANIA LIQUOR CONTROL BOARD,                          | : |                                                              |
|                                                             | : |                                                              |
| Respondent                                                  | : |                                                              |
|                                                             | : |                                                              |
| NICK, CFM, LLC,                                             | : |                                                              |
|                                                             | : |                                                              |
| Intervenor                                                  | : |                                                              |
|                                                             | : |                                                              |
| MECHANICSBURG DISTRIBUTING, INC. AND 6485 CARLISLE PIKE ASSOCIATES, L.P., | : | No. 849 MAL 2015                                |
|                                                             | : |                                                              |
| Petitioners                                                 | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|                                                             | : |                                                              |
| v.                                                          | : |                                                              |
|                                                             | : |                                                              |
| PENNSYLVANIA LIQUOR CONTROL BOARD,                          | : |                                                              |
|                                                             | : |                                                              |
| Respondent                                                  | : |                                                              |
|                                                             | : |                                                              |
| GIANT FOOD STORES, LLC,                                     | : |                                                              |
|                                                             | : |                                                              |
| Intervenor                                                  | : |                                                              |
|                                                             | : |                                                              |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION,                     | : | No. 851 MAL 2015                                             |
|                                                             | : |                                                              |
| Petitioner                                                  | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|                                                             | : |                                                              |
| v.                                                          | : |                                                              |
|                                                             | : |                                                              |
| PENNSYLVANIA LIQUOR CONTROL BOARD,                          | : |                                                              |
|                                                             | : |                                                              |
| Respondent                                                  | : |                                                              |
|                                                             | : |                                                              |

| | | |
|---|---|---|
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| | : | |
| MALT BEVERAGE DISTRIBUTORS | : | No. 852 MAL 2015 |
| ASSOCIATION AND DERR | : | |
| ENTERPRISES, INC., | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL | : | |
| BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| | | |
| DUFFER'S BEVERAGE, LLC, | : | No. 853 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL | : | |
| BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| | | |
| MALT BEVERAGE DISTRIBUTORS | : | No. 854 MAL 2015 |
| ASSOCIATION, | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |

v.                :

PENNSYLVANIA LIQUOR CONTROL     :
BOARD,                               :

            Respondent              :

WEIS MARKETS, INC.,             :

            Intervenor

MALT BEVERAGE DISTRIBUTORS     :    No. 855 MAL 2015
ASSOCIATION,                    :

            Petitioner                :    Petition for Allowance of Appeal from
                                          :    the Order of the Commonwealth Court
           v.                    :

PENNSYLVANIA LIQUOR CONTROL     :
BOARD,                               :

            Respondent              :

GIANT EAGLE, INC.,              :

            Intervenor               :
                                          :

MALT BEVERAGE DISTRIBUTORS     :    No. 115 MAL 2016
ASSOCIATION AND STAR BEVERAGE,   :
INC.,                                 :
                                          :    Petition for Allowance of Appeal from
            Petitioners              :    the Order of the Commonwealth Court

           v.                    :

PENNSYLVANIA LIQUOR CONTROL     :
BOARD,                               :

            Respondent              :

OHIO SPRINGS, INC.,            :

            Intervenor              :

# ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August  2016, the Petition for Allowance of Appeal is **DENIED**.